**No. 52745.**—Amdelta Leather Co., Inc., et al. *v.* United States, protests 95216–K, etc. (New York).

Opinion by Ekwall, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52746.**—Acme Distributing Co. et al. *v.* United States, protests 105897–K, etc. (Los Angeles, etc.).

Opinion by Ekwall, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.